UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-MC-21-RJ

| | |
|---|---|
| ILLUMINA INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ELEMENT BIOSCIENCES, INC.,<br><br>Defendant. | ORDER |

This matter is before the court on Non-Party Dr. John Humphrey's motion to modify the court's August 17, 2026 order, [DE-20]. [DE-22]. In the August 17 Order, the court directed the clerk's office to unseal Dr. Humphrey's motion to quash and the accompanying letter to the Clerk of Court [DE-1, -1-1], finding that those filings contained "no substantive information whatsoever regarding Dr. Humphrey's health or confidential business affairs, and thus, sealing is not warranted." [DE-20] at 3. In the present motion, Dr. Humphrey submits that the court's Order did not account for Exhibit A, attached to the motion to quash, that contains sensitive information concerning Dr. Humphrey's health. Mot. [DE-22] at 1 (citing [DE-1], Ex. A at 4). There is no Exhibit A attached to the motion to quash. Although the motion to quash references an Exhibit, it was not filed with the motion. *See* [DE-1]. There was an Exhibit A filed with the brief in support of the motion to quash, which the court ordered to be sealed. [DE-20] at 3. Accordingly, the motion to modify is DENIED.

So ordered, this 2nd day of September, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge